1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
REUBEN B. JACOBSON, SB# 167972
  Email: Reuben.Jacobson@lewisbrisbois.com
ANGELE K. CICALA, SB# 178774
  Email: Angele.Cicala@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants SAVASENIORCARE, LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENIORCARE CONSULTING, LLC; SSC PITSBURG OPERATING COMPANY, LP; SSC SUBMASTER HOLDINGS, LLC; SSC OPERATING COMPANY, LP, dba DIAMOND RIDGE HEALTHCARE CENTER (erroneously sued and served as Diamond Ridge Healthcare Center)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK GARRETT, | CASE NO. 3:16-CV-01170 MEJ |
| Plaintiff, | **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |
| vs. | |
| SAVASENIORCARE, INC.; SAVASENIORCARE, LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENOIRCARE CONSULTING, LLC; SSC PITTSBURG OPERATING COMPANY, LP; SSC SUBMASTER HOLDINGS, LLC; DIAMOND RIDGE HEALTHCARE CENTER; and DOES 1-100, inclusive, | |
| Defendants. | |

## **RECITALS**

1. Plaintiff JACK GARRETT ("Plaintiff") commenced this action by filing a complaint in the Superior Court of the State of California in and for the County of Contra Costa (the "State Court") on or about February 2, 2016, against Defendants SAVASENIORCARE, LLC; SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC; SAVASENIORCARE CONSULTING, LLC; SSC PITTSBURG OPERATING COMPANY, LP; SSC SUBMASTER HOLDINGS, LLC; SSC OPERATING COMPANY, LP, dba DIAMOND RIDGE HEALTHCARE CENTER (erroneously sued and served as Diamond Ridge Healthcare Center) (collectively "Defendants"), Contra Costa County Superior Court Case No. C-16-00160. Plaintiff's complaint alleged causes of action for: (1) Elder Abuse, (2) Negligence, and (3) Violation of Patient's Rights.

2. On or about February 16, 2016, Plaintiff served his Complaint on all Defendants.

3. On March 9, 2016, Defendants removed this matter to this Court based on Diversity jurisdiction.

4. Defendants did not answer Plaintiff's Complaint in State Court. On March 17, 2016, a Stipulation and Order Extending Time to File Responsive Pleading was filed with this Court. The Order on Stipulation extended the time to file a responsive pleading until April 8. 2016. On April 7, 2016, a Second Stipulation and Order Extending Time to File Responsive Pleading was filed with this Court extending the time to file a responsive pleading until April 22, 2016.

5. The parties have further met and conferred and agree that each party will bear its own costs and fees with regard to all efforts of removal to this Court as well as remand back to the State Court.

## STIPULATION

**NOW, THEREFORE,** Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate and agree that the action shall immediately be remanded to the Superior Court for the State of California, County of Contra Costa.

**IT IS SO STIPULATED.**

DATED: April 22, 2016         STEBNER AND ASSOCIATES

By:       /s/ Kathryn Stebner
    Kathryn A. Stebner, Esq.
    Karman Guadagni, Esq.
    Attorneys for Plaintiff JACK GARRETT

DATED: April 22, 2016         NEEDHAM KEPNER & FISH LLP

By:       /s/ Craig Needham
    Craig Needham, Esq.
    Kirsten Fish, Esq.
    Attorneys for Plaintiff JACK GARRETT

/ / /
/ / /
/ / /
/ / /

DATED: April 22, 2016            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Angele K. Cicala
        Angele K. Cicala
        Attorneys for Defendants
        SAVA SENIOR CARE, LLC; SAVA SENIOR CARE ADMINISTRATIVE SERVICES, LLC; SAVA SENIOR CARE CONSULTING, LLC; SSC PITSBURG OPERATING COMPANY, LP; SSC SUBMASTER HOLDINGS, LLC; SSC OPERATING COMPANY, LP, dba DIAMOND RIDGE HEALTHCARE CENTER (erroneously sued and served as Diamond Ridge Healthcare Center)

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.**

DATED: April 22, 2016            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Angele K. Cicala
        Angele K. Cicala
        Attorneys for Defendants
        SAVA SENIOR CARE, LLC; SAVA SENIOR CARE ADMINISTRATIVE SERVICES, LLC; SAVA SENIOR CARE CONSULTING, LLC; SSC PITSBURG OPERATING COMPANY, LP; SSC SUBMASTER HOLDINGS, LLC; SSC OPERATING COMPANY, LP, dba DIAMOND RIDGE HEALTHCARE CENTER (erroneously sued and served as Diamond Ridge Healthcare Center)



**ORDER**

This Court having reviewed the foregoing and good cause appearing therein, orders this case to be remanded to State Court.

**IT IS SO ORDERED.**

DATED: April 22, 2016

HON. MARIA-ELENA JAMES
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT